IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEXIE ANTREAL PUGH                                                                                    PLAINTIFF

v.                                         Case No. 4:22-cv-04068

LIEUTENANT KAREN GHORMLEY,
Nevada County Detention Center; SHERIFF DANNY
MARTIN, Nevada County, Arkansas; SERGEANT KATIE
SHEAKS, NCDC                                                                                          DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed August 25, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). On July 28, 2022, Plaintiff Lexie Antreal Pugh, an inmate, filed a *pro se* complaint in which he brought a civil rights action pursuant to 28 U.S.C. § 1983. ECF No. 1. Plaintiff also filed an application to proceed in forma pauperis (IFP). ECF No. 2. On July 28, 2022, Judge Bryant ordered Plaintiff to file a completed IFP application by August 18, 2022, explaining that Plaintiff failed to submit a certificate of account. ECF No. 3. Then, on July 28, 2022, Judge Bryant ordered Plaintiff to submit an amended complaint clearly stating how each named defendant violated his constitutional rights (ECF No. 5) ("In the Amended Complaint, Plaintiff must write short, plain statements telling the Court: the constitutional right Plaintiff believes was violated; the name of the Defendant who violated the right; exactly what the Defendant did or failed to do; how the action or inaction of that Defendant is connected to the violation of the constitutional rights; and what specific injury Plaintiff suffered because of the misconduct of that Defendant."). On August 12, 2022, Plaintiff filed a First Amended Complaint (ECF No. 6), and on August 24, 2022, filed a supplement to his IFP application (ECF No. 7).

Judge Bryant recommends that Plaintiff's First Amended Complaint be dismissed without prejudice for failure to state a claim upon which relief can be granted. Judge Bryant explained that Plaintiff's original complaint (ECF No. 1) did not clearly state how each named defendant violated Plaintiff's constitutional rights, and Judge Bryant warned Plaintiff that he needed to file an amended complaint curing this deficiency to avoid dismissal. Judge Bryant explains that, despite this warning, Plaintiff's First Amended Complaint offers even less explanation as to how each named defendant violated Plaintiff's constitutional rights. Therefore, Judge Bryant recommends dismissing Plaintiff's First Amended Complaint without prejudice and dismissing Plaintiff's IFP application as moot.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's First Amended Complaint (ECF No. 6) is hereby **DISMISSED WITHOUT PREJUDICE** and his IFP application (ECF No. 2) is **DENIED AS MOOT**. Further, the dismissal constitutes a "strike" under the PLRA, 28 U.S.C. § 1915(g), and the Clerk of Court is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 21st day of September, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge